JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GUILLERMINA CONTRERAS, On Behalf of Herself and All Others Similarly Situated,<br><br>          Plaintiff,<br>v.<br><br>NEUTROGENA CORPORATION, a Delaware corporation,<br>          Defendant. | Case No.: CV 12-07272 R (JCx)<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL**<br><br>Judge:        Hon. Manuel L. Real<br>Courtroom:   8<br>Pretrial Conference: Not set<br>Trial Date:     Not set<br><br>*Joint Stipulation to Stay All Proceedings Filed Concurrently Herewith* |

1 | The parties having stipulated, it is hereby ORDERED, ADJUDGED and
2 | DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), that the
3 | Complaint in the above-captioned case is hereby dismissed without prejudice in its
4 | entirety, with each party to bear its own costs and attorneys' fees.

DATED: Nov. 9, 2012    _____
　　　　　　　　　　　　　　The Honorable Manuel L. Real
　　　　　　　　　　　　　　United States District Judge